IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEFFREY FRANCIS CIELOCK, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-325
)
LPN WINSTON MOCK; SGT. )
VARNADOVE; SGT. MORRIS; CPL. )
LYONES, ECSO; CAPT. BARRS, )
ECSO; EFFINGHAM COUNTY SHERIFF )
OFFICE/JAIL DIVISION; WELLPATH; )
CPL. BENNETT, ECSO; and CPL. )
LOCKETT, ECSO; )
)
    Defendants. )
_____ )

### O R D E R

Before the Court is the Magistrate Judge's April 9, 2021, Report and Recommendation (Doc. 5), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _18th_ day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA