AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFFERY FRANCIS CIELOCK,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-325

LPN WINSTON MOCK; SGT. VARNADOVE; SGT. MORRIS; CPL. LYONES, ECSO; CAPT. BARRS, ECSO; EFFINGHAM COUNTY SHERIFF OFFICE/JAIL DIVISION; WELLPATH; CPL. BENNETT, ECSO; and CPL. LOCKETT, ECSO;

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated May 18, 2021, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing the Plaintiff's complaint. This case stands closed.



| 5/18/21 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020