AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFFREY FRANCIS CIELOCK,

    Plaintiff,

**AMENDED JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 4:20-325

LPN WINSTON MOCK; SGT. VARNADOVE; SGT. MORRIS; CPL. LYONES, ECSO; CAPT. BARRS, ECSO; EFFINGHAM COUNTY SHERIFF OFFICE/JAIL D DIVISION; WELLPATH; CPL. BENNETT, ECSO; and CPL. LOCKETT, ECSO;

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 18, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's case is dismissed without prejudice, and this civil action stands closed.



05/19/2021  
Date

John E. Triplett, Acting Clerk  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/2020